**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE CHRISTINE M. ARGUELLO**

Courtroom Deputy: Valeri P. Barnes  Date: April 10, 2009
Court Reporter: Darlene Martinez

---

Civil Action No. 09-cv-00751-CMA-CBS

| *Parties:* | *Counsel:* |
|---|---|
| COLD COFFEE AMERICA, INC., a Colorado corporation, | Michael Axelrad<br>David Wollins |
|     Plaintiff, | |
| v. | |
| STARBUCKS CORPORATION, a Washington corporation;<br>STARBUCKS NEW VENTURE COMPANY, a Washington corporation, Individually and as a joint venturer of NORTH AMERICAN COFFEE PARTNERSHIP,<br>PEPSICO, INC., a North Carolina corporation, Individually and as a joint venturer of NORTH AMERICAN COFFEE PARTNERSHIP,<br>NORTH AMERICAN COFFEE PARTNERSHIP, a joint venture, and<br>RALPH ECKLES, an individual, | Christine Garrison<br>Michael Lindsay |
|     Defendants. | |

_____

**COURTROOM MINUTES**
_____

HEARING: Motion

**9:56 a.m.     Court in session**.

Argument.

**10:34 a.m.**   **Court in recess**.
**10:49 a.m.**   **Court in session**.

Oral findings of facts and conclusions of law made of record.

**ORDER:**   Plaintiff's Motion for Order Remanding Case to State Court **(11)** is **granted**.

**ORDER:**   The Clerk of the Court shall immediately send a certified copy of the minutes of the hearing containing this remand Order to the clerk of the state court.  The state court may then proceed accordingly.

**ORDER:**   Defendant's Requests for Attorney's Fees is **denied**.

Pursuant to 28 U.S.C. 1447(d) is Order is not appealable.

**10:58 a.m.**   **Court in recess/hearing concluded**.

Total in-court time: 00:47